1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  575 East Alluvial, Suite 105
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 513-8530
4

5  Attorney for Defendant,
   ELLIOT BOBBITT
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE NO.  6:13-mj-00085-MJS
                                    )
12          Plaintiff,               )
                                    )   STIPULATION TO CONTINUE
13                                  )   INITIAL APPEARANCE TO
   vs.                              )   SEPTEMBER 17, 2013;
14                                  )   ORDER THEREON
                                    )
15 ELLIOT BOBBITT,                  )
                                    )
16          Defendant.               )
                                    )
17 _____  )

18

19      IT IS HEREBY STIPULATED by and between the Defendant, ELLIOT BOBBITT, his

20 Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service,

21 SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

scheduled for September 4, 2013 at 10:00 a.m. be continued until September 17, 2013 at 10:00 a.m. Defense counsel will be out of the country on September 4, 2013.

Dated: August 26, 2013                    By: /s/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant,
                                              SAMUEL BOBBITT

Dated: August 26, 2013                    By: /s/ Susan St. Vincent
                                              SUSAN ST. VINCENT
                                              Legal Officer
                                              National Park Service

### ORDER

Good cause appearing, the above stipulation is accepted and made th eOrder of the Court.

IT IS SO ORDERED.

Dated:   August 27, 2013              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE