**CAROL ANN MOSES**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:13-mj-00085-MJS |
| Plaintiff, | |
| v. | **REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |
| ELLIOT BOBBITT, | |
| Defendant. | **AND** |
| | **ORDER THEREON** |

TO THE ABOVE-ENTITLED COURT:

The Defendant, ELLIOT BOBBITT, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.  Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is

represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Bobbitt requests a telephonic initial appearance and a waiver of personal appearance at all status conferences.  He has a new job and is on a new employee probationary period.  He cannot request time-off without adverse implication to his continued employment.

Dated:  September 26, 2013    By: /s/ Elliot Bobbitt
ELLIOT BOBBITT

Dated:  September 26, 2013    By: /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
ELLIOT BOBBITT

## **ORDER**

Good cause appearing, the Court, pursuant to FRCrimP 43, waives Defendant's obligation to appear personally before this Court **EXCEPT** he must be personally present for his initial appearance, plea of guilty and sentencing if applicable, trial, and such other proceeding as to which the court may Order his personal appearance.  At all other proceedings he may appear by and through his attorney unless otherwise ordered.

IT IS SO ORDERED.

Dated:   September 30, 2013        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2